1
2
3
4
5
6

**Pierce Bainbridge Beck Price & Hecht LLP**
Carolynn Kyungwon Beck (SBN 264703)
Daniel Dubin (SBN 313235)
600 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-3212
(213) 337-0065

*Attorneys for Plaintiffs*

7
8

THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

9
10
11
12
13

**Anita Redd,** on behalf of her minor son, **Russell Horning,** also known as Backpack Kid; and **RH Performer, LLC**, a Georgia limited liability company

14

Plaintiffs,

15

v.

16
17
18

**Epic Games, Inc.**, a North Carolina corporation; and **Does 1 through 50**, inclusive,

19

Defendants.

Case No.

**Complaint for:**

1. **Direct Infringement of Copyright;**
2. **Contributory Infringement of Copyright;**
3. **Violation of the Right of Publicity under California Common Law;**
4. **Violation of the Right of Publicity under Cal. Civ. Code § 3344;**
5. **Unfair Competition under Cal. Bus. & Prof. Code § 17200, et seq.;**
6. **False Designation of Origin under 15 U.S.C. § 1125(a);**
7. **Trademark Infringement under California Common Law;**
8. **Trademark Infringement under 15 U.S.C. § 1125(a);**
9. **Trademark Dilution under 15 U.S.C. § 1125(c)**

**Demand for Jury Trial**

20
21
22
23
24
25
26
27
28

Complaint

1      Plaintiffs Anita Redd, on behalf of her minor son, Russell Horning,
2  also known as Backpack Kid ("Backpack Kid"), and RH Performer, LLC
3  (collectively referred to as "Plaintiffs"), by and through their
4  undersigned counsel, assert the following claims against Defendant
5  Epic Games, Inc. ("Epic") and Does 1 through 50 (collectively referred
6  to as "Defendants"), and alleges as follows:

7

# I.  OVERVIEW

8      1.    Through its unauthorized misappropriation of Backpack
9  Kid's highly popular signature dance, the "Floss," in its smash-hit,
10  violent video game, Fortnite Battle Royale ("Fortnite"), Epic has
11  unfairly profited from exploiting Backpack Kid's protected creative
12  expression, likeness, and Plaintiffs' trademark without consent or
13  authorization.

14      2.    Backpack Kid is a professional performer, who created the
15  Floss dance in 2016, which exploded in popularity following his
16  performance of the dance on Saturday Night Live on May 20, 2017,
17  alongside Katy Perry.  The Floss is now inextricably linked to Backpack
18  Kid and has continued to be a part of his celebrity persona.

19      3.    Defendants capitalized on Backpack Kid's celebrity and the
20  Floss's popularity, particularly with its younger fans, by selling the
21  Floss as an in-game purchase in Fortnite as the "Floss" emote, which
22  players can buy to customize their avatars for use in the game.
23  Defendants did not credit Backpack Kid nor seek Plaintiffs' consent to
24  use, display, reproduce, sell, or create a derivative work based upon
25  Backpack Kid's Floss dance or likeness in Fortnite.  Defendants also did
26  not seek Plaintiffs' consent to use the term "Floss" as the name for the
27  emotes.

28

4.     Since being released in or around September 2017, Fortnite has become among the most popular video games ever with sales far in excess of $1 billion.  Indeed, Fortnite made approximately $318 million in May 2018 alone, the "biggest month ever for a video game."  As a free-to-play game, Fortnite derives its sales from in-game purchases.  Epic cannot profit from Backpack Kid's hard-earned fame by its misappropriation of the Floss or Backpack Kid's likeness.  Epic cannot increase the value of its main product by faking endorsements by celebrities.  Plaintiffs seeks injunctive relief and damages, including, but not limited to, Plaintiffs' profits attributed to its misappropriation of the Floss and Backpack Kid's likeness.

## II.  THE PARTIES

5.     Russell Horning resides in Lawrenceville, Georgia.  He is better known as the performer, Backpack Kid.

6.     Anita Redd, who brings this lawsuit on behalf of Backpack Kid, is Backpack Kid's mother.  Redd also resides in Lawrenceville, Georgia.

7.     RH Performer, LLC is a Georgia limited liability company with its principal place of business at 745 Dean Way, Lawrenceville, GA 30044.   RH Performer, LLC submitted applications for copyright registrations for the Floss dance.

8.     Epic is a North Carolina business corporation with its principal place of business at 620 Crossroads Boulevard, Cary, NC 27518.  Epic is the creator and developer of the Fortnite video game franchise, which was first released in July 2017.

9.     The true names and identities of the defendants herein sued as Does 1 through 50, inclusive, are unknown to Plaintiffs, who therefore sue those defendants by such fictitious names.  When the true

1   names of those defendants have been ascertained, Plaintiffs will amend
2   this complaint accordingly.  Each of the defendants aided and abetted
3   and is responsible in some manner for the occurrences herein alleged,
4   and Plaintiff's injuries were proximately caused thereby.

5       10.   At all times herein mentioned, each of the defendants was
6   acting as an agent, servant, employee or representative of defendants,
7   and, in doing the things alleged in this Complaint, was acting within
8   the course and scope of that agency, service, employment, or joint
9   venture.

10  ## III. SUBJECT MATTER JURISDICTION AND
11  ## VENUE

12      11.   The Court has subject matter jurisdiction over this action
13  pursuant to 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1332
14  (diversity), and 28 U.S.C. § 1367 (supplemental jurisdiction).

15      12.   Venue is proper in this District under A) 28 U.S.C. §
16  1391(b)(2) (federal question jurisdiction), because a substantial part of
17  the events or omissions giving rise to the claim occurred in this District;
18  and B) 28 U.S.C. §§ 1391(b)(1) and (c) (personal jurisdiction), because
19  all defendants are subject to personal jurisdiction in this State and at
20  least one in this District.

21  ## IV. FACTUAL BACKGROUND

22  **A.    Backpack Kid and the Creation of the Floss**

23      13.   Raised in the city of Lawrenceville, Georgia, Backpack Kid
24  began gaining popularity in 2016 for posting videos of himself dancing
25  on Instagram.  Backpack Kid exploded in popularity after the world-
26  famous singer, Rihanna, posted one of his videos; Backpack Kid gained
27  55,000 followers on Instagram in two days after the Rihanna post.

28

14.   After obtaining widespread notoriety, Backpack Kid continued to post videos of himself dancing on Instagram.  As part of his dances, Backpack Kid included his signature move that he originally called "The Russell."  Indeed, most of Backpack Kid's videos included Backpack Kid performing The Russell either by himself or with others.

15.   Backpack Kid's popularity further increased after his May 20, 2017 Saturday Night Live performance with Katy Perry where he performed his signature dance.  Katy Perry has stated that she invited Backpack Kid to perform with her after discovering Backpack Kid's popular Instagram page.  Fans began referring to Backpack Kid by his moniker after the Saturday Night Live performance because he performed the dance while wearing a backpack.

16.   Backpack Kid also performed his signature dance in Katy Perry's 2017 "Swish Swish" music video, which was posted to YouTube on August 24, 2017.[1]  At the time of this filing, the Swish Swish music video has over 508 million views on YouTube.

17.   Since its creation in 2016 and its rise to fame soon after, Backpack Kid's dance maintained its popularity.  Videos of the dance, now known as the "Floss" or "Flossing," gained widespread recognition and notoriety, particularly on social media.  Hundreds of thousands of fans, including celebrities and athletes, have posted videos of themselves Flossing on social media.  Sine the Floss's creation, Backpack Kid has used and continues to successfully use the Floss commercially.

18.   The Floss has become synonymous with Backpack Kid, who is unanimously credited with creating the dance.  Backpack Kid is

---

[1] The video can be found at https://www.youtube.com/watch?v=iGk5fR-t5AU.

**Complaint**

1   constantly inundated with requests to perform the Floss; he has
2   performed it on numerous occasions at the behest of both the public and
3   celebrities, including at schools, companies, and other locations around
4   the world.  Accordingly, the Floss is a part of Backpack Kid's celebrity
5   identity and the dance's unique movements readily evoke a connection
6   to Backpack Kid.  Plaintiffs also have copyrights in the Floss dance and
7   trademark rights in the "Floss" and "Backpack Kid."

8       **B.   Fortnite:  The Most Popular Video Game Ever**

9       19.   Even prior to releasing Fortnite, which would become among
10  the most popular and successful video games ever, Epic had already
11  developed two popular video game franchises:  Unreal and Gears of
12  War.  Since releasing the first Gears of War game in 2006, Epic released
13  several subsequent Gears of War video games, and the franchise has
14  made has made over $1 billion in total sales.

15      20.   In or around 2011, following the release of the third Gears
16  of War installment, Fortnite began from an Epic internal video game
17  "hackathon," a gathering of Epic developers to brainstorm ideas and
18  create games in a short period.  Although the Fortnite game was not
19  developed during the hackathon, the idea to merge building games (*i.e.*,
20  Minecraft) and shooter games (*i.e.*, Gears of War or Call of Duty)
21  emerged during the hackathon.

22      21.   In or around July 2017, Epic released the initial version of
23  Fortnite as a paid early-access video game.  However, by September
24  2017, after PlayerUnknown's Battlegrounds—a game which occupied
25  the same "battle royale" genre as Fortnite—became a worldwide
26  success, Epic released Fortnite Battle Royale, a free-to-play battle
27  royale third person shooting game on the Windows, macOS, PlayStation
28  4 and Xbox One platforms.  Epic subsequently released Fortnite on the

1   iOS, Nintendo and Android platforms on April 2, 2018, June 12, 2018,
2   and August 9, 2018, respectively.

3       22.   Similar   to   PlayerUnknown's   Battlegrounds,   Fortnite
4   utilizes the battle royale format where up to 100 players, alone, in pairs,
5   or in groups, compete to be the last player or group alive.  Indeed,
6   similar to Battlegrounds and Gears of War, Fortnite features the use of
7   weapons and violence, that players use to eliminate the competition by
8   attacking and shooting them.

9       23.   As a free-to-play video game, Epic allows players to
10  download and play Fortnite for free.  Fortnite is supported by in-game
11  transactions   where   players   can   purchase   virtual   currency,   called
12  "Vinderbucks" or "V-Bucks."   The players in turn use V-Bucks to
13  purchase customizations for their in-game avatars, including new
14  characters, pickaxe modifications, glider skins, clothes, and emotes
15  (dances or movements).  Fortnite also sells "Battle Passes" or additional
16  levels that allow you to unlock skins, gliders, and emotes unique to that
17  Pass.  Fortnite offers four pricing levels for purchasing V-Bucks:

18              1) 1,000 V-Bucks for $9.99;
19              2) 2,500 (+300 Bonus) V-Bucks for $24.99;
20              3) 6,000 (+1,500 Bonus) V-Bucks for $59.99; or
21              4) 10,000 (+3,500 Bonus) V-Bucks for $99.99.

22      24.   There are four types of emotes:  common emotes, uncommon
23  emotes, rare emotes, and epic emotes.  The rarer the emote, the more
24  expensive or harder it is to obtain.  Uncommon emotes cost 200 V-
25  Bucks.  Rare emotes cost 500 V-Bucks.  And Epic emotes cost 800 V-
26  Bucks.

27      25.   To start, Fortnite provides each player with the Dance
28  Moves emote, a common emote, for no compensation.  Players can then

1    obtain other emotes by purchasing and playing additional levels in

2    Battle Passes (950 V-Bucks each) that come with emotes unique to that

3    Pass, or by purchasing certain emotes directly with V-Bucks.  On some

4    occasions, Fortnite sells Battle Pass emotes directly, without requiring

5    the player to purchase the Battle Pass.

6          26.   Emotes are incredibly popular and are fundamental to

7    Fortnite's success.  Players purchase emotes, alongside clothing and

8    skins, to personalize their Fortnite experience.  Emotes have also

9    become popular outside Fortnite.  Professional athletes in soccer and

10   other sports have based their celebrations on Fortnite emotes.  Young

11   adults, teenagers, and kids also post videos of themselves on YouTube

12   and social media performing emotes under various hashtags, including

13   #fortnitedance or #fortnitevideos.

14        27.   Upon information and belief, Epic creates emotes by copying

15   and coding dances and movements directly from popular videos, movies,

16   and television shows without consent.  Epic does so by coding still

17   frames of the source material.

18        28.   Epic has copied the dances and movements of numerous

19   performers, including, for example, the dance from the 2004 Snoop Dogg

20   music video, "Drop It Like It's Hot" (named the "Tidy" emote), Alfonso

21   Ribeiro's performance of his famous dance on *The Fresh Prince of Bel-*

22   *Air* television show (named the "Fresh" emote), the dance performed by

23   Will Smith on the same television show (named the "Rambunctious"

24   emote), the dance in Marlon Webb's popular "Band of the Bold" video

25   (named the "Best Mates" emote), Donald Faison's signature dance seen

26   on the NBC television show Scrubs (named the "Dance Moves" emote),

27   and 2 Milly's "Milly Rock" dance (named the "Swipe It" emote).

28

29.     Moreover, Epic also misappropriated other popular dances, including Backpack Kid's Floss dance.  Upon information and belief, Epic did not seek consent or authorization to use any of these movements or dances.

30.     Soon after its release, Fortnite became an international phenomenon.  The game eclipsed 10 million players merely two weeks after its release; 125 million players by July 2018.  In November 2018, Bloomberg announced that Fortnite had 200 million player accounts across all platforms.

31.     Fortnite's popularity has translated into record sales for Epic.  Analysts have estimated that since its release, Fortnite has generated between $1 billion to $2 billion in revenue through in-game purchases such as emotes.  In May 2018, Fortnite broke its own record by generating approximately $318 million in revenue, the biggest month ever for a video game.  In fact, nearly 80 million people played Fortnite in August 2018.  Because of Fortnite's success, Epic's estimated valuation rose from about $825 million to about $5 billion.  Bloomberg estimates that Epic's valuation could grow to $8.5 billion by 2018's end.

32.     Upon information and belief, Epic will likely continue adding popular emotes to Fortnite without the artists' or creators' consent or approval to attract more players and add to its ever-growing revenue.

**C.     Fortnite's Unauthorized Use of the Floss**

33.     On December 14, 2017, Fortnite released its Season 2 Battle Pass.  Players could purchase the Battle Pass, alongside its accompanying emotes and other customizations, for the regular price of 950 V-Bucks.  As part of the Season 2 Pass, Fortnite offered a new rare emote that it called "Floss."  According to Fortnite, players can obtain

1    the Floss emote as a reward from Tier 49 of the Season 2 Battle Pass.

2    Also, on certain occasions, Fortnite sold the Floss emote separately for

3    500 V-Bucks.

4        34.   As the name indicates, the Floss emote is identical to

5    Backpack Kid's Floss dance.  If obtained or purchased, the Fortnite

6    player's avatar can perform the dance during Fortnite gameplay.  The

7    reaction from many players worldwide was immediate recognition of the

8    emote as embodying the Floss while others likely believed it was Epic's

9    original creation.

10       35.   Upon information and belief, Epic intentionally developed

11   the Floss emote to exploit Backpack Kid performing the Floss.  In fact,

12   players had asked for it by name in various online forums relating to

13   Fortnite.  Epic did not seek to obtain Plaintiffs' authorization or consent

14   for its use of Backpack Kid's likeness and the Floss.

15       36.   Moreover, Plaintiffs did not give Epic express or implied

16   consent for its use of Backpack Kid's likeness and the Floss.  Epic also

17   did not compensate Plaintiffs for its use of Backpack Kid's likeness and

18   the Floss for the Floss emote.

19       37.   Upon information and belief, Epic added the Floss emote to

20   intentionally exploit the popularity of Backpack Kid and the Floss

21   dance without providing Plaintiffs any form of compensation.

22       38.   Epic profited from its improper misappropriation of the

23   Floss and Backpack Kid's likeness by, *inter alia*:   1) selling the

24   infringing Floss emote directly to players; 2) selling the Season 2 Battle

25   Pass that contains the Floss emote; 3) advertising the Floss emote to

26   attract additional players, including Backpack Kid's fans or those

27   persons familiar with the Floss to play Fortnite and make in-game

28   purchases; 4) staying relevant to its current players to incentivize those

1    players to continue playing Fortnite; 5) impliedly representing that
2    Backpack Kid consented to Epic's use of his likeness; 6) erroneously
3    cause the association of the Floss with the Fortnite; 7) creating the false
4    impression that Backpack Kid endorsed Fortnite; and 8) inducing
5    and/or contributing to Fortnite players' avatars performing the Floss
6    dance.

7        39.    Upon information and belief, Epic uses the Floss, and other
8    dances, to create the false impression that Epic started these dances
9    and crazes or that the artist who created them is endorsing the game.
10   Indeed, players have posted thousands of videos of themselves
11   performing the "Floss" emote without crediting Backpack Kid as the
12   dance's creator and owner.  Accordingly, upon information and belief,
13   Epic actively and knowingly directs, causes, induces, and encourages
14   others, including, but not limited to, its players, designers, suppliers,
15   distributors, resellers, software developers, and repair providers, to
16   misappropriate Backpack Kid's likeness and the Floss dance.

17       40.    Prominent artists, including Chancelor Johnathan Bennett,
18   known as Chance the Rapper, and Terrence Ferguson, known as 2
19   Milly, have also publicly disapproved of Epic's practices, and advocated
20   for Epic sharing profits with the artists that created these dances.

21       41.    Epic   made   a   fortune   from   unlawfully   and   unfairly
22   misappropriating Backpack Kid's and other artists' creative expression
23   and likeness without crediting or compensating these artists.  Plaintiffs
24   thus bring this lawsuit to prevent Fortnite from further using Backpack
25   Kid's likeness and the Floss, and to recover the profits rightfully owed
26   to them.

27

28

# FIRST CAUSE OF ACTION

**(For Direct Infringement of Copyright Against All Defendants)**

42.    Plaintiffs hereby repeat and reallege the allegations set forth in paragraphs 1 through 41 above, as though fully set forth herein

43.    On May 20, 2017, after previously obtaining widespread notoriety for his Instagram dance videos, Backpack Kid and his Floss dance exploded in popularity after he performed the Floss on Saturday Night Live with Katy Perry.  Backpack Kid also performed The Floss in Katy Perry's 2017 "Swish Swish" music video, which was posted to YouTube.

44.    Backpack Kid is the undisputed creator of the wildly popular and immediately recognizable Floss Dance.  Backpack Kid's 2016 Instagram videos depicting R.H performing the Floss are the original depictions of the Floss or Flossing.

45.    Plaintiffs are in the process of registering the Floss with the United States Copyright Office.  On July 30, 2018 and October 22, 2018, Plaintiffs submitted applications for copyright registrations, which were assigned Copyright Office case numbers 1-6803798591 and 1-7053827951, respectively.

46.    Defendants have infringed and continue to infringe Plaintiffs' copyrights in the Floss by selling the Floss emote as an in-game purchase, under the name "Floss" that, if purchased, a player can use to make his or her avatar perform during Fortnite gameplay; substantially copying the Floss in digital form to the Fortnite game; advertising the Floss in its promotional materials; and creating the Floss emote as a derivative work of the Floss.

47.   Defendants did not seek to obtain Plaintiffs' permission for use of the Floss for the Floss emote.  Nor have Defendants compensated or credited Backpack Kid for their use of the Floss.

48.   Moreover, Defendants actively and knowingly directed, caused, induced, and encouraged others, including, but not limited to, its players, designers, suppliers, distributors, resellers, software developers, and repair providers, to misappropriate Backpack Kid's likeness and the Floss.

49.   Defendants' acts of infringement have been willful, intentional, and purposeful, in disregard of and with indifference to Plaintiffs' rights.

50.   Defendants' willful and continued unauthorized use of the Floss has caused and will continue to cause confusion and mistaken belief by leading the public to erroneously associate the Floss with Fortnite in violation of 17 U.S.C. §§ 101 et seq.

51.   As a result of Defendants' conduct, Plaintiffs have been damaged by being precluded from receiving their rightful share of the profits earned by Epic for its improper and unlicensed use of Plaintiffs' exclusive copyrights in the Floss in Fortnite.

52.   Plaintiffs are entitled to permanent injunctive relief preventing Defendants, and their officers, agents, and employees, and all related persons from further using the Floss and engaging in other acts in violation of Copyright law.

53.   As a direct and proximate result of Defendants' infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are also entitled to recover damages, including attorneys' fees, and any profits obtained by Defendants as a result of

1  the infringements alleged above, in an amount according to proof to be
2  determined at the time of trial.

3      54.   In  doing  the  acts  herein  alleged,  Defendants  acted
4  fraudulently,  willfully,  and  with  malice,  and  Plaintiffs  are  therefore
5  entitled to punitive damages according to proof at the time of trial.

**SECOND CAUSE OF ACTION**

**(For Contributory Infringement of Copyright Against All**
**Defendants)**

9      55.   Plaintiffs  hereby  repeat  and  reallege  the  allegations  set
10  forth in paragraphs 1 through 54 above, as though fully set forth herein.

11      56.   Plaintiffs are in the process of registering the Floss with the
12  United States Copyright Office.  On July 30, 2018 and October 22, 2018,
13  Plaintiffs  submitted  applications  for  copyright  registrations,  which
14  were  assigned  Copyright  Office  case  numbers  1-6803798591  and  1-
15  7053827951, respectively.

16      57.   Defendants  have  infringed  and  continue  to  infringe
17  Plaintiffs' copyrights in the Floss by selling the Floss emote as an in-
18  game purchase, under the name "Floss" that, if purchased, a player can
19  use  to  make  his  or  her  avatar  perform  during  Fortnite  gameplay;
20  substantially  copying  the  Floss  in  digital  form  to  the  Fortnite  game;
21  advertising  the  Floss  in  its  promotional  materials;  and  creating  the
22  Floss emote as a derivative work of the Floss.

23      58.   By  providing  the  Floss  emote  necessary  for  its  players  to
24  commit direct copyright infringement, Defendants have and continue to
25  materially  contribute  to  the  unauthorized  reproductions  and
26  distributions by its players of the Floss.

27
28

**Complaint**

59.   Defendants did not seek to obtain Plaintiffs' permission for its use of the Floss for the Floss emote.   Nor have Defendants compensated or credited Backpack Kid for their use of the Floss.

60.   Moreover, Defendants actively and knowingly directed, caused, induced, and encouraged others, including, but not limited to, its players, designers, suppliers, distributors, resellers, software developers, and repair providers, to misappropriate Backpack Kid's likeness and the Floss.

61.   Defendants' acts of infringement have been willful, intentional, and purposeful, in disregard of and with indifference to Plaintiffs' rights.

62.   Defendants' willful and continued unauthorized use of the Floss has caused and will continue to cause confusion and mistaken belief by leading the public to erroneously associate the Floss with Fortnite in violation of 17 U.S.C. §§ 101 et seq.

63.   As a result of Defendants' conduct, Plaintiffs have been damaged by being precluded from receiving his rightful share of the profits earned by Epic for its improper and unlicensed use of Plaintiffs' exclusive copyrights in the Floss in Fortnite.

64.   Defendants' conduct is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot be compensated or measured in money. Plaintiffs have no adequate remedy at law.   Pursuant to 17 U.S.C. § 502, Plaintiffs are entitled to injunctive relief, prohibiting further contributory infringements of Plaintiffs' copyrights.

65.   As a direct and proximate result of Defendants' infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are also entitled to recover damages, including

1  attorneys' fees, and any profits obtained by Defendants as a result of
2  the infringements alleged above, in an amount according to proof to be
3  determined at the time of trial.

4      66.    In doing the acts herein alleged, Defendants acted
5  fraudulently, willfully, and with malice, and Plaintiffs are therefore
6  entitled to punitive damages according to proof at the time of trial.

7              **THIRD CAUSE OF ACTION**
8  **(For Violation of the Right of Publicity Under California**
9              **Common Law Against All Defendants)**

10     67.    Plaintiffs hereby repeat and reallege the allegations set
11  forth in paragraphs 1 through 66, above, as though fully set forth
12  herein.

13     68.    Through their use of the Floss as an in-game dance emote
14  that can be purchased as the emote of the same name, Defendants
15  misappropriated Backpack Kid's identity.  The Floss emote depicts
16  Backpack Kid performing the Floss.

17     69.    Upon information and belief, Defendants created the Floss
18  emote by capturing and digitally copying Backpack Kid performing the
19  Floss.  Defendants then utilized the digital copy to create code that, if
20  purchased, allows player avatars to perform the Floss.

21     70.    Defendants did not seek or obtain Plaintiffs' authorization
22  or consent for its use of Backpack Kid's likeness or the Floss for the
23  Floss emote.  Nor have Defendants compensated or credited Backpack
24  Kid for their use of his likeness or the Floss.

25     71.    Defendants used Backpack Kid's likeness and the Floss to
26  generate significant wealth by:  1) selling the infringing Floss emote
27  directly to players; 2) advertising the Floss emote to attract additional
28  players, including Backpack Kid's fans or those persons familiar with

the Floss to play Fortnite and make in-game purchases; 3) using Backpack Kid's fame to stay relevant to its current players to incentivize those players to continue playing Fortnite; 4) impliedly representing that Backpack Kid consented to Epic's use of his likeness; 5) intentionally causing the erroneous public association between the Floss and Fortnite; 6) creating the false impression that Backpack Kid endorsed Fortnite; and 7) inducing and/or contributing to the performance and misattribution of the Floss by others.

72.   As a performance artist, Backpack Kid exploits his identity by performing in shows, events, and with the media.  Backpack Kid was damaged by Defendants' conduct as he was prevented from reaping the profits of licensing his likeness or the Floss to Defendants.

73.   Defendants' conduct caused and will continue to cause confusion and mistaken belief by leading the public to erroneously believe that Backpack Kid consented to the use of his likeness or the Floss in the Fortnite game.

74.   Plaintiffs are entitled to permanent injunctive relief preventing Defendants, and their officers, agents, and employees, and all related persons from further using Backpack Kid's likeness or the Floss.

75.   Plaintiffs are also entitled to recover damages, including any profits obtained by Defendants as a result of the infringements alleged above, in an amount according to proof to be determined at the time of trial.

**FOURTH CAUSE OF ACTION**

**(For Violation of the Right of Publicity Under Cal. Civ. Code § 3344 Against All Defendants)**

76.  Plaintiffs hereby repeat and reallege the allegations set forth in paragraphs 1 through 75, above, as though fully set forth herein.

77.  Through their use of the Floss as an in-game dance emote that can be purchased as the emote of the same name, Defendants misappropriated Backpack Kid's identity.  The Floss emote depicts Backpack Kid performing the Floss.

78.  Upon information and belief, Defendants created the Floss emote by capturing and digitally copying Backpack Kid performing the Floss.  Defendants then utilized the digital copy to create code that, if purchased, allows player avatars to perform the Floss.

79.  Defendants did not seek or obtain Plaintiffs' authorization or consent for its use of Backpack Kid's likeness or the Floss for the Floss emote.  Nor have Defendants compensated or credited Backpack Kid for their use of his likeness or the Floss.

80.  Defendants used Backpack Kid's likeness and the Floss to generate significant wealth by:  1) selling the infringing Floss emote directly to players; 2) advertising the Floss emote to attract additional players, including Backpack Kid's fans or those persons familiar with the Floss to play Fortnite and make in-game purchases; 3) using Backpack Kid's fame to stay relevant to its current players to incentivize those players to continue playing Fortnite; 4) impliedly representing that Backpack Kid consented to Epic's use of his likeness; 5) intentionally causing the erroneous public association between the Floss and Fortnite; 6) creating the false impression that Backpack Kid

endorsed Fortnite; and 7) inducing and/or contributing to the performance and misattribution of the Floss by others.

81.   As a performance artist, Backpack Kid exploits his identity by performing in shows, events, and with the media.  Backpack Kid was damaged by Defendants' conduct as he was prevented from reaping the profits of licensing his likeness or the Floss to Defendants.

82.   Defendants' conduct caused and will continue to cause confusion and mistaken belief by leading the public to erroneously believe that Backpack Kid consented to the use of his likeness or the Floss in the Fortnite game.

83.   Plaintiffs are entitled to permanent injunctive relief preventing Defendants, and their officers, agents, and employees, and all related persons from further using Backpack Kid's likeness or the Floss.

84.   Plaintiffs are also entitled to recover damages, including any profits obtained by Defendants as a result of the infringements alleged above, in an amount according to proof to be determined at the time of trial.

## FIFTH CAUSE OF ACTION

### (Unfair Competition Under Cal. Bus. & Prof. Code § 17200)

85.   Plaintiffs hereby repeat and reallege the allegations set forth in paragraphs 1 through 84, above, as though fully set forth herein.

86.   By misappropriating Backpack Kid's likeness and the Floss through the creation of the Floss emote, Defendants have engaged in business acts or practices that constitute unfair competition in violation of Cal. Bus. & Prof. Code. § 17200.

87.    As a result of Defendants' violations, Defendants have unjustly enriched themselves by:  1) selling the infringing Floss emote directly to players; 2) advertising the Floss emote to attract additional players, including Backpack Kid's fans or those persons familiar with the Floss to play Fortnite and make in-game purchases; 3) using Backpack Kid's fame to stay relevant to its current players to incentivize those players to continue playing Fortnite; 4) impliedly representing that Backpack Kid consented to Epic's use of his likeness; 5) intentionally causing the erroneous public association between the Floss and Fortnite; 6) creating the false impression that Backpack Kid endorsed Fortnite; and 7) inducing and/or contributing to the performance and misattribution of the Floss by others.

88.    Plaintiffs have been damaged by Defendants' conduct as Plaintiffs were prevented from reaping the profits of licensing Backpack Kid's likeness or the Floss to Defendants.

89.    Plaintiffs are entitled to permanent injunctive relief preventing Defendants, and their officers, agents, and employees, and all related persons from further using Backpack Kid's likeness and Plaintiffs' trademark in the Backpack Kid name and copyright in the Floss dance.

90.    Plaintiffs are also entitled to recover damages, including any profits obtained by Defendants as a result of the infringements alleged above, in an amount according to proof to be determined at the time of trial.

## SIXTH CAUSE OF ACTION

### (False Designation of Origin Under 15 U.S.C. § 1125(a))

91.    Plaintiffs hereby repeat and reallege the allegations set forth in paragraphs 1 through 90 above, as though fully set forth herein.

92.   Since creating the Floss and performing it on Saturday Night Live, Backpack Kid's Floss dance has exploded in popularity. The Floss has become synonymous with Backpack Kid, who is unanimously credited with creating the dance.   Backpack Kid has also been interviewed several times about the creation of the Floss and how to properly perform it.  Accordingly, the Floss is a part of Backpack Kid's identity and the dance's unique movements readily evoke imagery of Backpack Kid's popular Instagram videos and famous Saturday Night Live performance.

93.   In Fortnite, players can have their characters perform the Floss within the game.  In fact, the in-game dance is also named Floss. Through Defendants' unauthorized use of the "Floss" name and dance in Fortnite, Defendants have misappropriated Backpack Kid's likeness, copyright and trademark.

94.   Moreover, Plaintiffs are damaged by Defendants' exploitation of the Floss and Backpack Kid's likeness through 1) selling the infringing Floss emote directly to players; 2) advertising the Floss emote to attract additional players, including Backpack Kid's fans or those persons familiar with the Floss to play Fortnite and make in-game purchases; 3) using Backpack Kid's fame to stay relevant to its current players to incentivize those players to continue playing Fortnite; 4) impliedly representing that Backpack Kid consented to Epic's use of his likeness; 5) intentionally causing the erroneous public association between the Floss and Fortnite; 6) creating the false impression that Backpack Kid endorsed Fortnite; and 7) inducing and/or contributing to the performance and misattribution of the Floss by others.

95.     As a result of Defendants' conduct, Plaintiffs have been damaged by being precluded from receiving his rightful share of the profits from selling or licensing the Floss name and dance.

96.     Moreover, Plaintiffs were damaged by Defendants' conduct as they were prevented from reaping the profits of licensing the Floss name and dance to Defendants for commercial gain.

97.     Plaintiffs are entitled to permanent injunctive relief preventing Defendants, and their officers, agents, and employees, and all related persons from further using the Floss name and dance.

98.     Plaintiffs are also entitled to recover damages, including any profits obtained by Defendants as a result of the infringements alleged above, in an amount according to proof to be determined at the time of trial.

## SEVENTH CAUSE OF ACTION

### (Trademark Infringement Under California Common Law)

99.     Plaintiffs hereby repeat and reallege the allegations set forth in paragraphs 1 through 98, above, as though fully set forth herein.

100.    Since Backpack Kid's creation of the Floss in 2016 and its rise to fame soon after, the Floss exploded in popularity. Consequently, the public has identified the dance as the Floss. Accordingly, since 2016, Backpack Kid has used, and thereby owns common law trademark rights in the Floss.

101.    The Floss name is distinctive and has acquired distinctiveness through Backpack Kid's continuous and widespread use of the Floss name and dance in performances and videos in the United States and worldwide.

**Complaint**

102.  In Fortnite, players can have their characters perform the dance within the game.  In fact, the in-game dance is also named the Floss.  Through Defendants' unauthorized use of the "Floss" name and dance in Fortnite, Defendants have misappropriated Plaintiffs' trademark.

103.  Moreover, Plaintiffs damaged by Defendants' exploitation of the Floss name through 1) selling the infringing Floss emote directly to players; 2) advertising the Floss emote to attract additional players, including Backpack Kid's fans or those persons familiar with the Floss to play Fortnite and make in-game purchases; 3) using Backpack Kid's fame to stay relevant to its current players to incentivize those players to continue playing Fortnite; 4) impliedly representing that Backpack Kid consented to Epic's use of his likeness; 5) intentionally causing the erroneous public association between the Floss and Fortnite; 6) creating the false impression that Backpack Kid endorsed Fortnite; and 7) inducing and/or contributing to the performance and misattribution of the Floss by others.

104. As a result of Defendants' conduct, Plaintiffs have been damaged by being precluded from receiving his rightful share of the profits from selling or licensing the Floss name and dance.

105.  Moreover, Plaintiffs were damaged by Defendants' conduct as he was prevented from reaping the profits of licensing the Floss name and dance to Defendants for commercial gain.

106.  Plaintiffs are entitled to permanent injunctive relief preventing Defendants, and their officers, agents, and employees, and all related persons from further using the Floss name and dance.

107.  Plaintiffs are also entitled to recover damages, including any profits obtained by Defendants as a result of the infringements alleged

1  above, in an amount according to proof to be determined at the time of
2  trial.

3  **EIGHTH CAUSE OF ACTION**
4  **(Trademark Infringement Under 15 U.S.C. § 1125(a))**

5  108.  Plaintiffs hereby repeat and reallege the allegations set
6  forth in paragraphs 1 through 107, above, as though fully set forth
7  herein.

8  109.  Defendants' unauthorized use of "Floss" name and dance for
9  the Floss emote in its violent Fortnite game constitutes infringement in
10  violation of the Lanham Act, 15. U.S.C. § 1125(a), *et seq.*, and has caused
11  substantial and irreparable injury to Plaintiffs' reputation and goodwill.

12  110.  As a direct and proximate result of Defendants' trademark
13  infringement, Plaintiffs are entitled to permanent injunctive relief
14  preventing Defendants, and their officers, agents, and employees, and
15  all related persons from further using the Floss name and dance.

16  111.  Plaintiffs are also entitled to recover damages, including any
17  profits obtained by Defendants as a result of the infringements alleged
18  above, in an amount according to proof to be determined at the time of
19  trial.

20  112. Defendants' acts have been deliberate, willful, and
21  intentional and purposeful to exploit Backpack Kid's celebrity and
22  popularity of the Floss name and dance.

23  113.  Defendants threaten to continue to advertise, promote,
24  market, sell and offer for sale the Floss emote using the same name as
25  Plaintiffs' mark, and unless and restrained and enjoined, will continue
26  to do so to Plaintiffs' irreparable damage.

27  114.  Defendants' conduct is causing and, unless enjoined and
28  restrained by this Court, will continue to cause Plaintiffs great and

1   irreparable injury that cannot be compensated or measured in money.

2   Plaintiffs thus have no adequate remedy at law and are entitled to

3   injunctive relief, prohibiting further infringements of Plaintiffs'

4   trademark.

5       115.  In addition, Plaintiffs have incurred costs and attorneys' fees

6   to bring this action.

7                      **NINTH CAUSE OF ACTION**

8           **(Trademark Dilution Under 15 U.S.C. § 1125(c))**

9       116.  Plaintiffs hereby repeat and reallege the allegations set

10  forth in paragraphs 1 through 115, above, as though fully set forth

11  herein.

12      117.  By virtue of the prominent and continuous use of the Floss

13  mark, Plaintiffs' mark has become distinctive and famous within the

14  meaning of 15 U.S.C. § 1125(c).

15      118. Defendants' conduct dilutes the distinctive quality of

16  Plaintiffs' mark in violation of Section 43(c) of the Lanham Act, 15

17  U.S.C. § 1125(c).

18      119.  Defendants' conduct and actions have lessened the capacity

19  of Plaintiffs' mark as Defendants did not credit Backpack Kid nor seek

20  his consent to use the Floss trademark.

21      120. Defendants' acts have been deliberate, willful, and

22  intentional and purposeful to exploit Backpack Kid's celebrity and

23  popularity of the Floss name and dance.

24      121.  Defendants threaten to continue to advertise, promote,

25  market, sell and offer for sale the Floss emote using the same name as

26  Plaintiffs' mark, and unless and restrained and enjoined, will continue

27  to do so to Plaintiffs' irreparable damage.

28

**Complaint**

1    122.  Defendants' conduct is causing and, unless enjoined and
2    restrained by this Court, will continue to cause Plaintiffs great and
3    irreparable injury that cannot be compensated or measured in money.
4    Plaintiffs thus have no adequate remedy at law and are entitled to
5    injunctive relief, prohibiting further dilution of Plaintiffs' trademark.

6    123.  In addition, Plaintiffs have incurred costs and attorneys' fees
7    to bring this action.

8                        **PRAYER FOR RELIEF**

9    **As to the First Cause of Action:**

10   1.    For an order restraining Defendants from using, selling, or
11   displaying Plaintiffs' copyright in its Fortnite game;

12   2.    For an award of damages according to proof;

13   3.    For punitive and/or exemplary damages;

14   4.    For attorney's fees and costs;

15   **As to the Second Cause of Action:**

16   5.    For an order restraining Defendants from using, selling, or
17   displaying Plaintiffs' copyright in its Fortnite game;

18   6.    For an award of damages according to proof;

19   7.    For punitive and/or exemplary damages;

20   8.    For attorney's fees and costs;

21   **As to the Third Cause of Action:**

22   9.    For an order restraining Defendants from using, selling, or
23   displaying Backpack Kid's likeness in its Fortnite game;

24   10.   For an award of damages according to proof;

25   **As to the Fourth Cause of Action:**

26   11.   For an order restraining Defendants from using, selling, or
27   displaying Backpack Kid's likeness in its Fortnite game;

28   12.   For an award of damages according to proof;

1   13. For punitive and/or exemplary damages;

2  **As to the Fifth Cause of Action:**

3   14. For an order restraining Defendants from using, selling, or

4 displaying Plaintiffs' copyright and likeness in its Fortnite game;

5   15. For an award of damages according to proof;

6   16. For punitive and/or exemplary damages;

7   17. For attorney's fees and costs;

8  **As to the Sixth Cause of Action:**

9   18. For an order restraining Defendants from using, selling, or

10 displaying Plaintiffs' copyright and likeness in its Fortnite game;

11   19. For an award of damages according to proof;

12   20. For punitive and/or exemplary damages; and

13   21. For attorney's fees and costs;

14  **As to the Seventh Cause of Action:**

15   22. For an order restraining Defendants from using, selling, or

16 displaying Plaintiffs' trademark in Fortnite;

17   23. For an award of damages according to proof; and

18  **As to the Eighth Cause of Action:**

19   24. For an order restraining Defendants from using, selling, or

20 displaying Plaintiffs' trademark in Fortnite;

21   25. For an award of damages according to proof;

22   26. For punitive and/or exemplary damages;

23   27. For attorney's fees and costs;

24  **As to the Ninth Cause of Action:**

25   28. For an order restraining Defendants from using, selling, or

26 displaying Plaintiffs' trademark in Fortnite;

27   29. For an award of damages according to proof;

28   30. For punitive and/or exemplary damages;

**Complaint**

1    31.    For attorney's fees and costs;

2  **As to All Causes of Action:**

3    32.    For costs of suit; and

4    33.    For such other and further relief as the Court may deem

5  proper.

6  Dated: December 17, 2018          Respectfully Submitted,

7

8                                    **Pierce Bainbridge Beck Price &**
                                     **Hecht LLP**
9

10

11                                   By:  */s/ Carolynn Kyungwon Beck*

12                                   Carolynn Kyungwon Beck
                                     *Attorneys for Plaintiffs*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Complaint**

1

## JURY TRIAL

2       Plaintiffs request a trial by jury on all issues to which it is entitled

3  a jury.

4

5  Dated: December 17, 2018          Respectfully Submitted,

6                                    **Pierce Bainbridge Beck Price &**
7                                    **Hecht LLP**

8                                    By:  _/s/ Carolynn Kyungwon Beck_
9                                    Carolynn Kyungwon Beck

10                                   Carolynn Kyungwon Beck (SBN
11                                   264703)
12                                   cbeck@piercebainbridge.com
                                     Daniel Dubin (SBN 313235)
13                                   ddubin@piercebainbridge.com
14                                   600 Wilshire Boulevard, Suite 500
                                     Los Angeles, California 90017-3212
15                                   (213) 337-0065

16
17                                   David L. Hecht (NY4695961) (_pro_
                                     _hac vice_ admission pending)
18                                   dhecht@piercebainbridge.com
19                                   Maxim Price (NY684858) (_pro hac_
                                     _vice_ admission pending)
20                                   mprice@piercebainbridge.com
21                                   Yi Wen Wu (NY5294475) (_pro hac_
                                     _vice_ admission pending)
22                                   wwu@piercebainbridge.com
23                                   20 West 23rd Street, Fifth Floor
                                     New York, New York 10010
24                                   (212) 484-9866

25
26                                   _Attorneys for Plaintiffs_

27

28

**Complaint**