Pierce Bainbridge Beck Price & Hecht LLP
Carolynn K. Beck (SBN 264703)
cbeck@piercebainbridge.com
600 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-3212
(213) 262-9333

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Anita Redd, on behalf of her minor son, R.H., also known as Backpack Kid; and RH Performer, LLC, a Georgia limited liability company,

Plaintiff(s),

v.

Epic Games, Inc., a North Carolina corporation; and Does 1 through 10, inclusive,

Defendant(s).

CASE NUMBER

18-cv-10444-R-MAA

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

03/07/2019
Date

*signature*
Signature of Attorney/Party

NOTE:  F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.